United States Court of Appeals
Fifth Circuit

**F I L E D**

December 11, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-30460

_____

4-MALI L.L.C.,

Plaintiff-Appellant,

versus

BANKERS INSURANCE CO.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CV-1184

_____

Before GARWOOD, JOLLY and CLEMENT, Circuit Judges.

PER CURIAM:[*]

4-Mali L.L.C. ("4-Mali") appeals the district court's judgment dismissing its complaint claiming flood insurance coverage. The district court held that 4-Mali's claims were not covered by a Standard Flood Insurance Policy ("SFIP"), and that, in any event, 4-Mali had failed to comply with the SFIP's procedural requirements. We hold that the district court did not err in finding that 4-Mali's failure to provide a proof of loss statement within sixty days of the flood precludes coverage. See Gowland v.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>Aetna</u>, 143 F.3d 951, 953-54 (5th Cir. 1998).  As such, we need not evaluate the scope of the SFIP's coverage.  The judgment of the district court is therefore

AFFIRMED.